JS-6

ANDERSON LAW FIRM
MARTIN W. ANDERSON, State Bar No. 178422
2070 North Tustin Avenue
Santa Ana, California 92705
Tel: (714) 516-2700 ▪ Fax: (714) 532-4700
E-mail: martin@andersonlaw.net

LAW OFFICE OF JEFFREY KANE
JEFFREY KANE, State Bar No. 183974
20902 Brookhurst Street, Suite 210
Huntington Beach, California 92646
Tel: (714) 964-6900 ▪ Fax: (714) 964-6944
E-mail: lemnlaw@aol.com

Attorneys for Plaintiff John Luderman

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JOHN LUDERMAN,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY et al.<br><br>　　　　　　　Defendants. | Case No. SA CV 07-20 DOC (ANx)<br><br>HON. DAVID O. CARTER<br>Courtroom 9D<br><br>**ORDER ON PARTIES' STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Complaint Filed: January 4, 2007<br>Trial Date: January 29, 2008 |

The parties have stipulated that the action should be dismissed with prejudice. Accordingly, the entire action is dismissed with prejudice.

DATED: January 18, 2008

*/s/ David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

- 1 -